1 Jeffrey Willis (#004870/PCC # 62724)
Adrienne S. Ehrhardt (#022429)
2 Collin Sult (#024039)
SNELL & WILMER L.L.P.
3 One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
4 Telephone: (520) 882-1200
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EMILY A. COOPER, individually and as representative of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QC FINANCIAL SERVICES, INC.,<br><br>Defendant. | No. CV-06-00010-TUC<br><br>**QC FINANCIAL'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Oral Argument Requested |

QC Financial Services, Inc. ("QC Financial"), by and through its attorneys, hereby moves to dismiss Plaintiff Emily A. Cooper's ("Cooper") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) or in the alternative to compel arbitration and stay these proceedings pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. (the "FAA"). In support of its motion, QC Financial incorporates the Memorandum of Points and Authorities submitted herewith, and states as follows:

1. QC Financial and Cooper entered into written agreements wherein they agreed to arbitrate all disputes arising between them, other than those that could be brought in small claims court. The parties therefore agreed that other than a small claims court, no courts, including this Court, would have jurisdiction to hear their disputes. Accordingly, the Court should dismiss Cooper's Complaint pursuant to Rule 12(b)(1).

2. In the alternative, the Court should compel arbitration and stay these proceedings pursuant to the FAA. The parties' agreement states that the FAA governs their disputes. Where a party refuses to arbitrate pursuant to the terms of an arbitration agreement, the FAA provides that the Court should compel arbitration and stay the proceedings.

WHEREFORE, QC Financial respectfully requests that this Court dismiss Cooper's Complaint pursuant to Rule 12(b)(1) or in the alternative compel arbitrations and stay these proceedings pursuant to the FAA.

Respectfully submitted this 1st day of February, 2006.

SNELL & WILMER L.L.P.

By: s/ Adrienne S. Ehrhardt
Jeffrey Willis
Adrienne S. Ehrhardt
Collin Sult
One South Church Avenue
Suite 1500
Tucson, AZ  85701-1630
Attorneys for Defendant

Of Counsel:
Joseph M. Rebein
Dana M. Mehrer
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri  64108

Matt Wiltanger
SHOOK HARDY & BACON L.L.P.
84 Corporate Woods
10801 Mastin, Suite 1000
Overland Park, Kansas  66210

## **CERTIFICATE OF SERVICE**

I hereby certify that on 1st day of February, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gary F. Urman, Esq.
Stacy Rupprecht Butler, Esq.
DeCONCINI, McDONALD YETWIN & LACY, P.C.
2525 East Broadway Boulevard, Suite 200
Tucson, Arizona 85716-5300
Attorneys for Plaintiff

By: s/ Leslie Shanley

99999.0000\EHRHARA\TUX\402646

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200