IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Cooper, individually and as representative of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>QC Financial Services, Inc.,<br><br>　　　　Defendant. | No. CV 06-010-TUC-FRZ<br><br>**ORDER** |

　　　This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

　　　Magistrate Judge Hector C. Estrada issued his Report and Recommendation, filed on November 22, 2006, recommending that the District Court, after its independent review of the record: (1) sever the class-action prohibition; (2) grant Defendant's Motion to Compel Arbitration; (3) direct the parties to submit to the arbitrator the question whether Plaintiff satisfies the requisite criteria necessary for class arbitration; (4) grant Defendant's Motion to Dismiss; and (5) deny as moot Defendant's alternative request for a stay.

Defendant QC Financial Services, Inc. filed objections to the Report and Recommendation requesting that the Court compel arbitration, but decline the recommendation of the magistrate judge to sever the class-action prohibition from the underlying agreement at issue and decline the recommendation directing the parties to submit the class action to the arbitrator.

Plaintiff filed a response supporting the Report and Recommendation, asserting that the Report and Recommendation should be adopted by the Court without further proceedings.

The Report and Recommendation provides an in-depth analysis and thorough discussion of the facts and issues and matters presented.

The Court, having made an independent review of the record herein, including Defendant's objections, finds that the Report and Recommendations of Magistrate Judge Estrada should be adopted as the findings of fact and conclusions of law of this Court.

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation [Doc. #33] is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss or in the Alternative to Compel Arbitration and Stay Proceedings [Doc. # 10] in **GRANTED in part and DENIED in part**;

**IT IS FURTHER ORDERED** that Defendant's motion to compel is **GRANTED** and the parties shall submit this matter to arbitration in accordance with the findings of the Report and Recommendation, adopted herein;

**IT IS FURTHER ORDERED** that the request to stay proceedings is **DENIED**;

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

DATED this 30th day of March, 2007.

FRANK R. ZAPATA
United States District Judge